IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1591 (CJB) |
| | ) |
| HYPHAMETRICS, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER
TO EXTEND SCHEDULING ORDER DEADLINES**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the following deadlines in the Scheduling Order (D.I. 28) are extended as follows:

| Deadline: | Current Deadline: | New Deadline: |
|---|---|---|
| Plaintiff's initial claim chart relating each known accused product to the asserted claims each such product allegedly infringes (¶6(d)) | August 11, 2022 | September 1, 2022 |
| Defendant's initial invalidity contentions for each asserted claim, as well as the known related invalidating references (¶6(e)) | September 19, 2022 | October 11, 2022 |

No other deadlines or provisions of the Scheduling Order are altered by this stipulation.

| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Bindu A. Palapura* | */s/ Jeremy A. Tigan* |
| David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Brandon R. Harper (#6418)<br>Carson R. Bartlett (#6750)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>(302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>bharper@potteranderson.com<br>cbartlett@potteranderson.com | Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br><br>*Attorneys for Defendant HyphaMetrics, Inc.* |
| *Attorneys for Plaintiff The Nielsen Company (US), LLC* | |

August 10, 2022

SO ORDERED this _____ day of _____, 2022.

_____
United States Magistrate Judge