**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC,  )<br>    )<br>          Plaintiff,    )<br>    )  C.A. No. 21-1591-CJB<br>      v.    )<br>    )  **JURY TRIAL DEMANDED**<br>HYPHAMETRICS, INC.,    )<br>    )<br>          Defendant.    ) | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that copies of the following documents were caused to be served on September 1, 2022 upon the following attorneys of record at the following addresses as indicated:

> THE NIELSEN COMPANY (US), LLC'S INITIAL CLAIM CHART **[HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY]**
>
> THE NIELSEN COMPANY (US), LLC'S SECOND SET OF INTERROGATORIES

**VIA ELECTRONIC MAIL**

Jack B. Blumenfeld
Jeremy A. Tigan
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com
*Attorneys for Defendant HyphaMetrics, Inc.*

Gregory Sobolski
LATHAM & WATKINS LLP
505 Montgomery St. Suite 2000
San Francisco, CA 94111-6538
Greg.Sobolski@lw.com
*Attorneys for Defendant HyphaMetrics, Inc.*

| | |
|---|---|
| Richard G. Frenkel<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Rick.Frenkel@lw.com<br>*Attorneys for Defendant HyphaMetrics, Inc.* | Gabriel K. Bell<br>Diane E. Ghrist<br>Benjamin J. Behrendt<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW Suite 1000<br>Washington, DC 20004-1304<br>Gabriel.Bell@lw.com<br>Diane.Ghrist@lw.com<br>benjamin.behrendt@lw.com<br>*Attorneys for Defendant HyphaMetrics, Inc.* |

OF COUNSEL:

Steven Yovits
Constantine Koutsoubas
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606
Tel:  (312) 857-7070

Clifford Katz
Malavika Rao
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel:  (212) 808-7800

Matthew Chakmakian
KELLEY DRYE & WARREN LLP
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Tel: (973) 503-5900

Dated:  September 1, 2022
10321392 / 14944-00003

POTTER ANDERSON & CORROON LLP

By:  */s/ Bindu A. Palapura*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Brandon R. Harper (#6418)
Carson R. Bartlett (#6750)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
bharper@potteranderson.com
cbartlett@potteranderson.com

*Attorneys for Plaintiff The Nielsen Company (US), LLC*