

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

David E. Moore
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone

April 5, 2023

**VIA ELECTRONIC-FILING**

The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3556

    Re:    *The Nielsen Company (US), LLC v. HyphaMetrics, Inc.*,
              C.A. No. 21-1591-CJB (D. Del.)

Dear Judge Burke:

    The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

    The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by videoconference on March 31, 2023:

<u>Plaintiff The Nielsen Company (US), LLC</u>

    Delaware Counsel:    Bindu Palapura, Andy Brown

    Lead Counsel:    Steven Yovits, Constantine Koutsoubas, Melvin Gaddy

<u>Defendant HyphaMetrics, Inc.</u>

    Delaware Counsel:    Stacey Scrivani

    Lead Counsel:    Mark Anania

    The disputes requiring judicial attention are listed below:

(1)    Whether Defendant must produce the experimental reports that it previously produced to Plaintiff and then clawed back as work product; and

(2)    Whether Defendant must also produce all other factual and non-opinion documents concerning the same subject matter, including the documents listed on Defendant's privilege log.

The Honorable Christopher J. Burke
April 5, 2023
Page 2

       We appreciate the Court's attention to this matter.

                              Respectfully,

| */s/ Stacey Scrivani* | */s/ David E. Moore* |
|---|---|
| Stacey Scrivani | David E. Moore |

DEM:nmt/10728432/14944.00003

cc:    Clerk of the Court (via hand delivery)
        Counsel of Record (via electronic mail)