

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

David E. Moore
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone

May 30, 2023

**VIA ELECTRONIC FILING AND HAND DELIVERY**

The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

      Re:    *The Nielsen Company (US), LLC v. HyphaMetrics, Inc.*
             C.A. No. 21-1591-CJB (D. Del.)

Dear Judge Burke:

      Pursuant to Paragraph 11 of the Scheduling Order (D.I. 28) and as amended September 12, 2022 (D.I. 56), enclosed please find two flash drives containing Plaintiff's Technology Tutorial in the above-referenced action.

      Please let us know if there are any technical difficulties with the Tutorial, or if Your Honor has any other questions.

                                                Respectfully,

                                                */s/ David E. Moore*

                                                David E. Moore

DEM:lmf/10838153/14944.00003

Enclosure
cc:     Clerk of the Court (via hand delivery)
         Counsel of Record (via electronic mail)