
# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, <br><br>Plaintiff, <br><br>v. <br><br>HYPHAMETRICS, INC., <br><br>Defendant. | C.A. No. 21-1591-CJB |
| THE NIELSEN COMPANY (US), LLC, <br><br>Plaintiff, <br><br>v. <br><br>HYPHAMETRICS, INC., <br>Defendant | C.A. No. 23-136-GBW-CJB <br>(Consolidated) |
| THE NIELSEN COMPANY (US), LLC, <br><br>Plaintiff, <br><br>v. <br><br>HYPHAMETRICS, INC., <br>Defendant | C.A. No. 23-532-GBW-CJB |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Mark H. Anania, Stacey A. Scrivani, Joseph H. Huston, Michael Eisenberg, Kristen M. Smith, Stephanie Lopez, and David L. D'Amato of Stevens & Lee P.C., hereby withdraw their appearances as counsel for HyphaMetrics, Inc. ("HyphaMetrics") in the above actions. All other counsel of record on behalf of HypaMetrics will remain in these cases.

|  |  |
|---|---|
| Dated: September 29, 2023 | *s/ Stacey A. Scrivani* |
|  | Stacey A. Scrivani (No. 6129) |
|  | **STEVENS & LEE** |
|  | 919 N. Market Street, Suite 1300 |
|  | Wilmington, DE 19801 |
|  | Tel:302-425-3306 |
|  | stacey.scrivani@stevenslee.com |
|  |  |
|  | Mark H. Anania (*pro hac vice*) |
|  | Kristen M. Smith (*pro hac vice*) |
|  | David L. D'Amato (*pro hac vice*) |
|  | **STEVENS & LEE** |
|  | Princeton Pike Corporate Center |
|  | 100 Lenox Drive, Suite 200 |
|  | Lawrenceville, NJ 08648 |
|  | Tel: 609-718-0969 |
|  | mark.anania@stevenslee.com |
|  | kristen.smith@stevenslee.com |
|  | david.damato@stevenslee.com |
|  |  |
|  | Michael Eisenberg (*pro hac vice*) |
|  | **STEVENS & LEE** |
|  | 485 Madison Avenue, 20th Floor |
|  | New York, NY 10022 |
|  | Tel: 212.319.8500 |
|  | michael.eisenberg@stevenslee.com |
|  |  |
|  | *Counsel for Defendant HyphaMetrics, Inc.* |