# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) |
| Plaintiff, | ) C.A. No. 21-1591-CJB |
| v. | ) **JURY TRIAL DEMANDED** |
| HYPHAMETRICS, INC., | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

*Attorneys for Plaintiff The Nielsen Company (US), LLC*

John G. Day (#2403)
Andrew C. Mayo (#5207)
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant HyphaMetrics. Inc.*

Dated: May 8, 2024
11496525 / 14944.00003

[Redacted]

This stipulation is entered into by and between Plaintiff The Nielsen Company (US), LLC ("Nielsen") and Defendant HyphaMetrics, Inc. The parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

[Redacted]

WHEREAS, HyphaMetrics has agreed to waive the "Final Disposition" clauses of the Protective Order in this case, specifically Section 14 (which contains paragraphs 14.1-14.3) and that the parties agree that all Protected Material from this case will be returned or destroyed pursuant to the Protective Order in 23-136-GBW-CJB (Consolidated) ("the 136 Action") only after the final disposition of the 136 Action;

WHEREAS, the parties have agreed that (1) the dismissal of this case is not intended to limit or otherwise affect Nielsen's ability to pursue its infringement allegations against HyphaMetrics on any other ground, including, but not limited, to Claims 1, 3, 4, 7, 10, 12, and 15 of U.S. Patent No. 10,970,588 ("the '588 Patent"), Claims 10, 12-14, and 16 of U.S. Patent No. 11,893,782 ("the '782 Patent"), and Claims 1-6 and 8-21 of U.S. Patent No. 11,652,901 ("the '901 Patent") pending in the 136 Action; and (2) the dismissal of the Case does not constitute nor shall be construed to contain any admission regarding any issue with respect to the '588 patent, the '782 patent, or the '901 patent, including but not limited to Claims 1, 3, 4, 7, 10, 12, and 15 of the '588 Patent, Claims 10, 12-14, and 16 of the '782 Patent, and Claims 1-6 and 8-21 of the '901 Patent.

## STIPULATION

NOW, THEREFORE, Plaintiff and Defendant, by and through their respective counsel of record, agree and stipulate as follows:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant stipulate that this action shall be dismissed with prejudice.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: */s/ Andrew L. Brown* |
|  | David E. Moore (#3983) |
| Steven Yovits | Bindu A. Palapura (#5370) |
| Constantine Koutsoubas | Andrew L. Brown (#6766) |
| Jason P. Greenhut | Hercules Plaza, 6th Floor |
| KELLEY DRYE & WARREN LLP | 1313 N. Market Street |
| 333 West Wacker Drive | Wilmington, DE 19801 |
| Chicago, IL 60606 | Tel: (302) 984-6000 |
| Tel: (312) 857-7070 | dmoore@potteranderson.com |
|  | bpalapura@potteranderson.com |
| Clifford Katz | abrown@potteranderson.com |
| KELLEY DRYE & WARREN LLP |  |
| 3 World Trade Center | *Attorneys for Plaintiff The Nielsen Company* |
| 175 Greenwich Street | *(US), LLC* |
| New York, NY 10007 |  |
| Tel: (212) 808-7800 |  |

Joshua B. Long
KELLEY DRYE & WARREN LLP
515 Post Oak Blvd., Suite 900
Houston, TX 77027
Tel: (713) 355-5000

Paul H. Berghoff
James L. Lovsin
MCDONNELL BOEHNEN HULBERT &
BERGHOFF LLP
300 South Wacker Drive
Chicago, IL 60606
Tel: (312) 913-0001

2

Redacted

|  | ASHBY & GEDDES |
|---|---|
| OF COUNSEL: | By: */s/ John G. Day* |
|  | John G. Day (#2403) |
| Edward A. Pennington | Andrew C. Mayo (#5207) |
| Beth Oliak | 500 Delaware Avenue, 8th Floor |
| Pennington Oliak PLLC | P.O. Box 1150 |
| 1055 Thomas Jefferson Street, NW, Suite L35 | Wilmington, DE 19899 |
| Washington DC 20007 | (302) 654-1888 |
| (202) 897-2725 | jday@ashbygeddes.com |
|  | amayo@ashbygeddes.com |

*Attorneys for Defendant HyphaMetrics Inc.*

Dated: May 8, 2024
11496525 / 14944.00003

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### **CERTIFICATE OF SERVICE**

I, Andrew L. Brown, hereby certify that on May 8, 2024, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed.

I hereby certify that on May 8, 2024, the attached document was electronically mailed to the following person(s):

| | |
|---|---|
| John G. Day<br>Andrew C. Mayo<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashbygeddes.com<br>amayo@ashbygeddes.com | Edward A. Pennington<br>Beth Oliak<br>PENNINGTON OLIAK PLLC<br>1055 Thomas Jefferson Street, NW<br>Suite L35<br>Washington DC 20007<br>epennington@pennoliak.com<br>beth.oliak@fjc.net.au |

By: */s/ Andrew L. Brown*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
POTTER ANDERSON & CORROON LLP
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

10081276 / 14944-00003